United States District Court
Southern District of Texas
ENTERED

JUL 07 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

United States District Court
Southern District of Texas
FILED

JUN 30 1998

Michael N. Milby, Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE MANUEL LAMAS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-26 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## ORDER

Petitioner, Jose Manuel Lamas, has filed a Motion To Vacate Sentence pursuant to Title 28, U.S.C. § 2255. Petitioner also filed a motion to proceed in forma pauperis. The Court hereby grants petitioner's motion to proceed in forma pauperis and orders the United States Government to file a response by August 30, 1998.

DONE at Brownsville, Texas, this 30th. day of June 1998.

John Wm. Black
United States Magistrate Judge