United States District Court
Southern District of Texas
ENTERED
SEP 24 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
SEP 23 1998
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE MANUEL LAMAS, § | |
| Petitioner, § | |
| § | |
| vs. § | C.R. NO. B-89-366 |
| § | (C.A. No. B-98-26) |
| UNITED STATES OF AMERICA, § | |
| Respondent. § | |

## ORDER

Respondent's Motion For a Summary Denial of Relief under 28 U.S.C. § 2255, on the grounds that Lamas conviction and sentence stems from ineffective assistance of counsel during sentencing and that the conviction was taken in violation of Lamas' right to be free from double jeopardy and that the district court violated the provisions of Rule 11 of the Federal Rules of Criminal Procedure is GRANTED.

It is ~~further~~ ORDERED that Attorney Peter C. Gilman file an affidavit in this cause setting out when and if he advised Lamas of his right to a direct appeal and when and if Lamas instructed him to file a notice of appeal.

Signed at BROWNSVILLE, Texas this 23RD day of SEPT, 1998.

UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE