#11

United States District Court
Southern District of Texas
ENTERED

FEB 25 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE MANUEL LAMAS,<br>    Plaintiff-Petitioner, | § § § | |
| VS. | § § | CIVIL ACTION NO. B-98-026 |
| UNITED STATES OF AMERICA,<br>    Defendant-Respondent. | § § § | CRIMINAL NO. B-89-366 |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION AND DISMISSING PETITION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of February 5, 1999, should be adopted and the petition be dismissed.

DONE in Brownsville, Texas, on this 24th day of February 1999.

Filemon B. Vela
United States District Judge